UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :        **SCHEDULING ORDER**
                                    :
**Cristin Gill**                    :        **21-cr-00614** (PMH)
                  Defendants.       :
                                    :
-----------------------------------------------------------x

**An Initial Conference in this matter is scheduled on October 26, 2021 at 11:00am.** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

**Members of the press and public may call the same number below but will not be permitted to speak during the conference.**

Accordingly, it is hereby ORDERED:

1. Defense counsel shall complete a waiver for their clients right to be physically present and consent to appear by telephone. This waiver shall be submitted no later than **10/22/2021**.

2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

**Dial-In Number**:   **(888) 398-2342**
**Access Code:**      **3456831**

White Plains, NY

Dated: October 15, 2021                SO ORDERED:

_____
Philip M. Halpern, U.S.D.J