UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA        :

                                       :

v.                                :     **RESCHEDULING ORDER**

                                       :

**Cristin Gill,**                   :     7-21-cr-00614-PMH

             Defendants.        :

                                       :

-------------------------------------------------------------x

       Sentencing in this matter is rescheduled to <u>February 9, 2023 at 11:00 am </u> in Courtroom 520 at the White Plains Courthouse.

       It is the responsibility of the Government to have the Defendant produced at the time of sentencing.

       Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: July 26, 2022              SO ORDERED:

                                    _____
                                    Philip M. Halpern, U.S.D.J