

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

                                  21 CR 614 (PMH)

- against -

                                  ORDER

CRISTIN GILL,

                Defendant

-------------------------------------------------------x

       It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $4,500, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: White Plains, New York
       October 12, 2022

                                                  Honorable Philip M. Halpern
                                                  U.S. District Judge