UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :     **RESCHEDULING ORDER**
                                :
**Cristin Gill,**               :
                                :     7- 21-cr-00614- PMH
              Defendants.       :
                                :
------------------------------------------------------------x

Sentencing in this matter is rescheduled to June 14, 2023 at 10:00 am in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due on 5/24/2023. Government's submission is due by 5/31/2023.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: December 6, 2022                SO ORDERED:

                                       _____
                                       Philip M. Halpern, U.S.D.J