UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                 :
                                         :
v.                                       :        **RESCHEDULING**
                                         :        **ORDER**
                                         :
CRISTIN GILL,                            :
                    Defendant.           :        7- 21-cr-00614- PMH
                                         :
                                         :
------------------------------------------------------------x

Sentencing in this matter currently scheduled for December 7, 2023 at 11:00 a.m. is

advanced to 4:00 p.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       November 2, 2023

_____
Philip M. Halpern
United States District Judge