UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

CRISTIN GILL,
                        Defendant.
-------------------------------------------------------------x

**RESCHEDULING ORDER**

7:21-cr-00614-PMH

Sentencing in this matter currently scheduled for December 7, 2023 at 4:00 p.m. is rescheduled to January 16, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       November 13, 2023

_____
Philip M. Halpern
United States District Judge