**LEBEDIN | KOFMAN LLP**
ATTORNEYS AT LAW
600 OLD COUNTRY ROAD, STE. 205
GARDEN CITY, NY 11530
T (212)500-3273
F (855)696-6848

ARTHUR LEBEDIN*
RUSS KOFMAN+
MICHAEL LEINOFF+
JESSICA GORMAN+
BRAD LEVENTHAL+

February 1, 2024

> Application denied.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        February 1, 2024

VIA ECF
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Bldg. and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      RE: People of the State of New York v. Cristian Gill
            7:21-CR-00614-PMH

Dear Judge Halpern,

    I am an attorney with Lebedin Kofman, LLP, the firm that represents the Defendant, Cristin (Cristian) Gill in the above-referenced matter.

    We had scheduled a video conference for today to discuss the sentencing but it was cancelled because he was transferred to a new facility. We attempted to reschedule before sentencing on Monday but have been unable to do so.

    We respectfully request one final adjournment for sentencing to be able to speak to Mr. Gill before the sentencing. We would like to request for the sentencing to be adjourned to 3/22, 3/25 or 3/29.

                                            Respectfully submitted,

                                           Lebedin Kofman, LLP
                                           *s/ **Brad Leventhal***
                                           Brad Leventhal
                                           600 Old Country Rd., STE. 205
                                           Garden City, NY 11530
                                           P. 212-500-3273
                                           F. 855-696-6848
                                           criminaldefense@lebedinkofmanlaw.com